**IN THE** IN THE UNITES STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GARY SHELTON, FRANKLIN D. BELZ, TERRY L. BOLEY, PAUL R. NEWTON, TOMMY R. JOHNSON, UTAH ROGERS, and RANDY HARDIN, | § § § § § § | |
| Plaintiffs, | § | C.A. No. 3:12-CV-01227-M |
| v. | § § § | |
| BNSF RAILWAY COMPANY Defendant. | § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL PLAINTIFFS

Plaintiff Randy Hardin claim were previously dismissed by Plaintiff's notice filed May 18, 2012 prior to Defendant's Answer.

All remaining Plaintiffs: Gary Shelton, Franklin D. Belz, Terry L. Boley, Paul R. Newton, Tommy R. Johnson, and Utah Rogers; and Defendant, BNSF Railway Company being all the parties, file this joint stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs are Gary Shelton, Franklin D. Belz, Terry L. Boley, Paul R. Newton, Tommy R. Johnson, and Utah Rogers. Defendant is BNSF Railway Company. Plaintiffs sued Defendant for alleged toxic exposure.

2. Plaintiffs move to dismiss the suit against Defendant.

3. Defendant agrees to the dismissal.

4. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. The remaining Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

8. This dismissal is with prejudice with the parties to bear their own costs incurred.

                Respectfully Submitted,

BY: */s/ Mark T. Berry*
Mark T. Berry
State Bar No. 00787074
**Sammons & Berry, P.C.**
4606 Cypress Creek Parkway, Suite 600
Houston, Texas  77069
Telephone:  (713) 425-7200
Facsimile:   (832) 448-9170

*Attorneys for Plaintiffs*

BY: */s/ John V. Rabel*
JD Bashline
State Bar No. 01869600; SD No. 145
William Floyd
State Bar # 07188407; SD #13701
John V. Rabel
State Bar #16446500; SD #1688
**McLeod, Alexander, Powel & Apffel, P.C.**
1990 Post Oak Boulevard, Suite 120
Houston, Texas 77056
Telephone:  (713) 651-0881
Facsimile:   (713) 651-0882

*Attorneys for Defendant BNSF Railway Company*